

Peter A. Romero, Esq.

David D. Barnhorn, Esq.

Matthew J. Farnworth, Esq.

May 6, 2026

Hon. Joseph A. Marutollo
United States District Court
Eastern District of New York
225 Cadman Plaza East
*Brooklyn*, New York 11201

Re:    *Guarcas v. Park San Bal Inc. et al*
       Civil Case No.: 26-cv-01561 (JAM)

Dear Judge Marutollo:

This firm represents the plaintiff, Silvia Guarcas, in the above-referenced action. We write in accordance with the Court's Order entered April 30, 2026.

When serving a summons and complaint upon a corporate defendant, it is the firm's regular practice to effectuate service of process through the NYS Secretary of State pursuant to Section 306 of the N.Y. Business Corporation Law. Defendant, Park San Bal Inc., was served through the NYS Secretary of State on March 24, 2026. Defendant, Park San Bal Inc., operates a restaurant doing business as Parksanbal located at 41-10 162nd Street, Flushing, New York 11358. Parksanbal is the restaurant at which the plaintiff was employed. The individual defendant, Chin Sun Choe, was served at defendants' place of business at that address on March 21, 2026.

Upon information and belief, the individual defendant's residential address is 163-10 Sanford Avenue, First Floor, Flushing, New York 11358 and their telephone number is (646) 226-0099. On May 5, 2025, our office sent a letter to both defendants at their residential and business addresses with an additional copy of the Summons and Complaint advising Defendants that their time to respond to the Complaint has expired. The notice provided my direct phone number and urged defendants to have their legal representative contact me upon receipt of the letter.

Respectfully,

*/s Peter A. Romero*

PETER A. ROMERO

cc:    Park San Bal Inc.
       41-10 162nd Street
       Flushing, New York 11358

Chin Sun Cho
163-10 Sanford Avenue, First Floor
Flushing, New York 11358