ROMERO
LAW GROUP PLLC
LABOR AND EMPLOYMENT LITIGATION

Peter A. Romero, Esq.
David D. Barnhorn, Esq.

Matthew J. Farnworth, Esq.

August 26, 2026

**<u>VIA ECF</u>**
Hon. Joseph A. Marutollo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Silvia Guarcas v. Park San Bal Inc., et al.*
<u>Docket No.: 1:26-CV-01561-PKC-JAM</u>

Dear Judge Marutollo:

This firm represents Plaintiff Silvia Guarcas in the above-referenced matter brought against Defendants Park San Bal Inc. and Chin Sun Choe ("Defendants") for alleged violations of the Fair Labor Standards Act and the New York Labor Law. We write, with Defendant's consent, to request an extension of time to mediate in this matter. The parties have selected mediator Joseph DiBenedetto from the EDNY panel and have scheduled an initial mediation session. Due to limited party and mediator availability, an initial mediation session has been set for October 26, 2026. The current deadline to mediate is August 28, 2026, with a deadline to provide a mediation status report by August 31, 2026. Therefore, we request a sixty-day extension of these deadlines so that the parties may conduct the mediation prior to the deadline. We ask that the Court extend the deadline to complete mediation to October 27, 2026, and to extend the deadline for the parties to submit their mediation status report to October 30, 2026. This is the parties' first request for an extension of time to complete mediation. In conjunction with this request, the parties request that the deadline for fact discovery be extended 60-days as well, setting a new deadline of December 29, 2026.

We thank Your Honor for your attention to this matter.

Respectfully submitted,

*<u>Matthew J. Farnworth</u>*
Matthew J. Farnworth

CC: Counsel for Defendants (Via ECF)